# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Flora SETAYESH, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 3:18-cv-00335 |
| ) | Judge Aleta A. Trauger |
| STATE OF TENNESSEE; ) | |
| TENNESSEE BOARD OF REGENTS; ) | |
| NASHVILLE STATE COMMUNITY ) | |
| COLLEGE; ) | |
| FLORA TYDINGS, individually and in her ) | |
| official capacity as Chancellor of the ) | |
| Tennessee Board of Regents; ) | |
| and KIM MCCORMICK, individually and in ) | |
| her official capacity as Interim President for ) | |
| Nashville State Community College, ) | |
| ) | |
| Defendants. ) | |

## CORRECTED ORDER

For the foregoing reasons, the defendants' Motion to Dismiss (Docket No. 9) is hereby **GRANTED in part**. Setayesh's claims against the State of Tennessee, TBR, and NSCC are dismissed with prejudice. Her claims against McCormick and Tydings in their official capacities are dismissed with prejudice. Her due process claims against McCormick in her individual capacity are dismissed with prejudice. All other claims will go forward.

This case is **RESET** for an initial case management conference on August 3, 2018 at 2:30 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge