# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Flora Setayesh <br> *Plaintiff* <br> v. <br> State of Tennessee, et al. <br> *Defendant* | ) <br> ) <br> ) Case No.    Case No. 3:2018-cv-00335 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Flora Setayesh   .

Date:    07/13/2018                              s/ L. Garrett Anglin
                                                                               *Attorney's signature*

                                         L. Garrett Anglin, BPR No. 036640
                                                   *Printed name and bar number*

                                         1535 W. Northfield Blvd, Suite 8
                                                         Murfreesboro, TN 37129
                                                                          *Address*

                                                garrettanglin@gmail.com
                                                              *E-mail address*

                                                        (615) 895-8880
                                                         *Telephone number*

                                                       (615) 895-7226
                                                          *FAX number*