IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FLORA SETAYESH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-00335 |
| ) | Judge Trauger |
| FLORA TYDINGS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

It is hereby ORDERED that the initial case management conference scheduled for August 3, 2018 at 2:30 p.m. is hereby RESET for the same day at 11:00 a.m.

It is so **ORDERED**.

ENTER this 16th day of July 2018.

_____
ALETA A. TRAUGER
U.S. District Judge