IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FLORA SETAYESH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-00335 |
| ) | Judge Trauger |
| FLORA TYDINGS, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The Plaintiff's Motion to Alter or Amend Judgment (Docket No. 23) is GRANTED. By inadvertence, the Corrected Order entered on July 11, 2018 dismissed with prejudice the plaintiff's state law claims. They should have been dismissed without prejudice. The court is entering a corrected order that corrects the inadvertent mistake.

It is so **ORDERED**.

ENTER this 17th day of July 2018.

_____
ALETA A. TRAUGER
U.S. District Judge