UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **Flora SETAYESH,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **Case No. 3:18-cv-00335** |
| | ) | **Judge Aleta A. Trauger** |
| **STATE OF TENNESSEE;** | ) | |
| **TENNESSEE BOARD OF REGENTS;** | ) | |
| **NASHVILLE STATE COMMUNITY** | ) | |
| **COLLEGE;** | ) | |
| **FLORA TYDINGS, individually and in her** | ) | |
| **official capacity as Chancellor of the** | ) | |
| **Tennessee Board of Regents;** | ) | |
| **and KIM MCCORMICK, individually and in** | ) | |
| **her official capacity as Interim President for** | ) | |
| **Nashville State Community College,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CORRECTED ORDER

For the foregoing reasons, the defendants' Motion to Dismiss (Docket No. 9) is hereby **GRANTED in part**. The State of Tennessee, TBR, and NSCC are dismissed from this case. Setayesh's federal claims against the State of Tennessee, TBR, and NSCC are dismissed with prejudice. Her pendent state-law claims against these defendants, including her breach of contract claim against NSCC and her claims against the State of Tennessee, TBR, and NSCC for violation of Tennessee statutory employee protections, are dismissed without prejudice. McCormick and Tydings in their official capacities are dismissed from this case. Her federal claims against McCormick and Tydings in their official capacities are dismissed with prejudice. Her pendent state-law claims against McCormick and Tydings in their official capacities are dismissed without prejudice. McCormick and Tydings in their individual capacities will remain as defendants in this

1

case. Setayesh's due process claims against McCormick in her individual capacity are dismissed with prejudice. All other claims will go forward.

This case is **RESET** for an initial case management conference on August 3, 2018 at 2:30 p.m.

It is so **ORDERED**.

ENTER this 17th day of July 2018.

ALETA A. TRAUGER
United States District Judge