IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FLORA SETAYESH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:18-cv-00335 |
| | ) | Judge Trauger |
| FLORA TYDINGS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

By Order entered July 16, 2018, the initial case management conference in this case was reset for 11:00 a.m. on August 3, 2018 (Docket No. 22). When a Corrected Order was entered on July 17, 2018, by inadvertence, the sentence setting the initial case management conference for 2:30 p.m. on August 3, 2018 was repeated. It is hereby ORDERED that the last sentence of the Corrected Order entered July 17, 2018 is hereby VACATED. The initial case management conference is set for 11:00 a.m. on August 3, 2018.

The court apologizes for the inadvertent error.

It is so **ORDERED**.

ENTER this 30th day of July 2018.

_____
ALETA A. TRAUGER
U.S. District Judge