# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| FLORA SETAYESH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-00335 |
| ) | Judge Trauger |
| ) | |
| FLORA TYDINGS and KIM ) | |
| MCCORMICK, in their individual ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS
## FLORA TYDINGS' and KIM MCCORMICK'S
## MOTION FOR SUMMARY JUDGMENT

Defendants Flora Tydings and Kim McCormick (Defendants), by and through the Attorney General's Office, move this Court to dismiss all claims against them pursuant to Federal Rule of Civil Procedure 56. Dismissal for lack of subject matter jurisdiction is appropriate because under Tenn. Code Ann. § 9-8-307(b), Plaintiff waived her causes of action before this Court when she filed a complaint in the Tennessee Claims Commission based on the same acts or omissions alleged in this case. A memorandum of law in support of this Motion has been filed contemporaneously.

.

Respectfully submitted,

**HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER**

s/ John W. Dalton
**JOHN W. DALTON, BPR No. 16653
Senior Assistant Attorney General**
Civil Litigation and State Services Division
UBS Tower, 18th Floor
P.O. Box 20207
Nashville, Tennessee 37202-0207
615-741-8062
john.dalton@ag.tn.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018, a copy of the Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

L. Gilbert Anglin
L. Garrett Anglin
Attorneys for Plaintiff
8 Lincoln Square
1535 West Northfield Blvd.
Murfreesboro, Tennessee 37129
anglin@lawyer4u.com
garrettanglin@gmail.com

All other parties will be served by regular U.S. mail as follows: (n/a). Parties may access this filing through the Court's electronic filing system.

s/ John W. Dalton
**JOHN W. DALTON
Senior Assistant Attorney General**