# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **FLORA SETAYESH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:18-cv-00335 |
| ) | Judge Trauger |
| ) | |
| **FLORA TYDINGS and KIM** ) | |
| **MCCORMICK, in their individual** ) | |
| **capacities,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' STATEMENT OF UNDISPUTED FACTS[1]

1) Plaintiff filed a Claim for Damages for breach of contract with the State of Tennessee in August 2018. Plaintiff's Claim for Damages.

**RESPONSE:**

---

[1] Defendant would note that these facts are undisputed at this time strictly for purposes of the Defendant's Motion for Summary Judgment. If this matter proceeds to trial, many, if not all, of these factual allegations by Plaintiff may be contested by Defendant.

1

Respectfully submitted,

**HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER**

*S/John W. Dalton*
**JOHN W. DALTON, BPR # 16653
Senior Assistant Attorney General**
Civil Litigation and State Services Division
P.O. Box 20207
Nashville, Tennessee 37202
615-741-8062

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018, a copy of Defendants' Statement of Undisputed Facts was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

L. Gilbert Anglin
L. Garrett Anglin
Attorneys for Plaintiff
8 Lincoln Square
1535 West Northfield Blvd.
Murfreesboro, Tennessee 37129
anglin@lawyer4u.com
garrettanglin@gmail.com

All other parties will be served by regular U.S. mail as follows: (or n/a). Parties may access this filing through the Court=s electronic filing system.

s/ John W. Dalton
**JOHN W. DALTON, BPR No. 16653
Senior Assistant Attorney General**
Civil Litigation and State Services Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
615-741-8062
john.dalton@ag.tn.gov

2